UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID BRIANO, | ) | NO. CV 09-1087-SVW(CT) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL MARTEL, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and dismissed without prejudice.

DATE: JAN 1 4 2010

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

3